ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-00052 EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING STATUS HEARING** |
| v. | |
| ANTHONY McGEE, | |
| Defendant.        / | |

The above-captioned matter is set on February 29, 2012 before this Court for status. The parties request that the Court continue the hearing to March 14, 2012 at 2:30 p.m. and that the Court exclude time under the Speedy Trial Act between February 29, 2012 and March 14, 2012.

Defendant was charged on January 19, 2012 in a complaint alleging a violation of 18 U.S.C. section 922(g)(felon in possession of a firearm).  On January 23, 2012 the court appointed the Federal Defender's Office to represent Mr. McGee.  On January 26, 2012 an indictment was filed. On February 15, 2012, the Federal Defender was relieved as counsel, and on February 17, 2012 the court appointed Erik Babcock to represent Mr. McGee.

Mr. Babcock is scheduled to be out of town and is unavailable for court from February 29,

Stipulated Order Continuing Status Hearing
United States v. Anthony McGee

2012 through March 1, 2012. He also needs time to be cleared by the U.S. Marshal before the Alameda County Sheriff's Department will allow counsel to visit with Mr. McGee at the Glen Dyer Detention Facility.

Accordingly, it is hereby stipulated between the parties that the status hearing currently scheduled for February 29, 2012 may be continued to March 14, 2012 at 2:30 p.m.

It is further stipulated that time should be excluded from the signing of this order through and including March 14, 2012, for the following reasons: the parties stipulate and agree that based on Mr. McGee's defense counsel's need to have adequate time to effectively prepare for trial in this case it is unreasonable to expect adequate preparation for trial unless trial is continued to the date requested, within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The parties further agree that a continuance until March 14, 2012 is necessary to allow for continuity of Mr. McGee's counsel under 18 U.S.C. § 3161(h)(8)(B)(iv).

Accordingly, the United States and the defendants agree that granting the requested exclusion of time under the Speedy Trial Act will serve the interests of justice and outweigh the interests of the public and defendant in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

**SO STIPULATED**.

Dated: February 24, 2012              /s/Robert David Rees
                                      ROBERT DAVID REES
                                      Assistant United States Attorney

Stipulated Order Continuing Status Hearing
United States v. Anthony McGee

1  Dated: February 24, 2012                    /s/Erik Babcock
2                                              ERIK G. BABCOCK
                                               Attorney for Defendant
3

4      Based on the reasons provided in the stipulation of the parties above, the Court hereby

5  **FINDS** that due to the schedule of Mr. McGee's counsel, as well as defendant's need to have

6  continuity of counsel, the ends of justice would be served by granting a continuance of the trial until

7

8  March 14, 2012.  The Court therefore finds that the ends of justice served by granting the requested

9  continuance and exclusion of time "outweigh the best interest of the public and defendant in a speedy

10 trial" under 18 U.S.C. § 3161(h)(8)(A).

11     Based on these findings, **IT IS HEREBY ORDERED THAT** trial is continued to March

12 14, 2012 and time from the signing of this order to and including March 14, 2012 is excluded from

13 the Speedy Trial Act pursuant to sections 18 U.S.C. § 3161(h(8)(A) and (B)(iv).

14

15     **SO ORDERED**.

16   2/28/12
17   Date                                      HONORABLE
                                               United States
18
                                               IT IS SO ORDERED
19                                             Judge Edward M. Chen

20

...

28 Stipulated Order Continuing Status Hearing
   United States v. Anthony McGee