1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102
     Telephone:  (415) 436-7210
7    Fax:  (415) 436-7234
     Email:  robert.rees@usdoj.gov
8
   Attorneys for Plaintiff
9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,            ) No. CR 12 0052 EMC
                                        )
14        Plaintiff,                    ) [PROPOSED] ORDER AND
                                        ) STIPULATION FOR
15     v.                               ) CONTINUANCE FROM MARCH 14,
                                        ) 2012 TO APRIL 25, 2012 AND
16 ANTHONY MCGEE,                       ) EXCLUDING TIME FROM THE
      a/k/a "Hassan,"                   ) SPEEDY TRIAL ACT
17                                      ) CALCULATION (18 U.S.C. §
          Defendant.                    ) 3161(h)(8)(A))
18                                      )

19        The above-captioned defendant is currently scheduled to appear for a status

20 hearing on March 14, 2012.  With the consent of the defendant, the parties hereby

21 stipulate and move the Court to continue that hearing until April 25, 2012 at 2:30P.M.

22 before the Honorable Edward M. Chen.  The parties also stipulate and move for an

23 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 14, 2012

24 to April 25, 2012.  The parties agree, and the Court finds and holds, as follows:

25        1.  The defendant by and through his attorney, Erik Babcock, Esq., need additional

26 time to investigate the case and effectively to prepare a defense to the charges.

27        2.  The defendant agrees to an exclusion of time under the Speedy Trial Act.

28 Failure to grant the requested continuance would unreasonably deny defense counsel

1 | reasonable time necessary for effective preparation, taking into account the exercise of
2 | due diligence.
3 |     3.  Given these circumstances, the Court hereby continues the status hearing
4 | currently set for March 14, 2012 to April 25, 2012.  The Court hereby also finds that the
5 | ends of justice served by excluding the period from March 14, 2012 to April 25, 2012
6 | outweigh the best interest of the public and the defendant in a speedy trial.  §
7 | 3161(h)(8)(A).
8 |     3.  Accordingly, and with the consent of the defendant, the Court orders that the
9 | currently scheduled hearing date of March 14, 2012 is vacated, that parties appear for a
10 | status conference on April 25, 2012, and that the period from March 14, 2012 to April 25,
11 | 2012 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) &
12 | (B)(iv).

IT IS SO STIPULATED:

DATED:  March 12, 2012          _____/s_____
                                ERIK BABCOCK, ESQ.
                                Attorney for Defendant

DATED:  March 12, 2012          _____/s_____
                                ROBERT DAVID REES
                                Assistant United States Attorney

IT IS SO ORDERED.

        March 13, 2012
DATED:_____          _____



IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA