1  ERIK BABCOCK (Cal. 172517)
2  LAW OFFICES OF ERIK BABCOCK
   717 Washington St., 2d Floor
3  Oakland, CA 94607
   (510) 452-8400 Tel
4  (510) 452-8405 Fax

5  Attorney for Defendant
6  ANTHONY McGEE

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
11 UNITED STATES OF AMERICA,                No. CR 12-0052 EMC

12      Plaintiff,                          **STIPULATION AND PROPOSED
                                            ORDER CONTINUING STATUS
13 v.                                       HEARING**

14 ANTHONY McGEE,
15
        Defendant                  /
16
         This matter was scheduled for an evidentiary hearing on defendant's motion to suppress
17          2012
   on July 30, ~~2013~~. It turns out that one of the three police officers involved in the detention and
18
19 arrest of Mr. McGee is unavailable that day. Defense counsel wants all three officers to testify

20 during the same proceeding. Defense counsel is also leaving the country and unavailable for
                                    2012
21 three weeks starting August 1, ~~2013~~. The first date all witnesses and counsel are available is

22 September 10, 2012.

23
         IT THEREFORE STIPULATED that the hearing on defendant's motion to suppress
24
25 evidence may be continued to September 10, 2012 at 10:00 a.m.

26       The parties further stipulate and move for an exclusion of time under the Speedy Trial

27 Act, 18 U.S.C. § 3161(b), from the signing of this order until September 10l 2012 because
28

Stipulation, United States v. McGee

1  defendant's motion is still pending and has not been ruled upon.  Given these circumstances, the
2  Court hereby continues the evidentiary hearing and excludes the time from the signing of this
3  order until September 10, 2012 from the time in which this matter must be brought to trial
4
5  pursuant to 18 U.S.C. § 3161(h)(1)(d.
6  **SO STIPULATED**.

7  DATED: July 2, 2012                    MELINDA HAAG
                                          United States Attorney
8

9
                                   By:   /S/Robert David Rees
10                                        ROBERT DAVID REES
                                          Assistant United States Attorney
11

12

13 DATED: July 27, 2012               By:   /S/Erik Babcock
                                          ERIK BABCOCK
14                                        Counsel for Defendant

15

16  **IT IS SO ORDERED**.

17  DATED:   July 27, 2012

18                                        _____
                                          Honorable Edward M. Chen
19                                        UNITED STATES DISTRICT JUDGE

