ERIK BABCOCK (Cal. 172517)
LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
Oakland, CA 94607
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Defendant
ANTHONY McGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 12-0052 EMC |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER CONTINUING MOTION HEARING** |
| v. | |
| ANTHONY McGEE, | |
| Defendant_____/ | |

　　　IT IS HEREBY STIPULATED that the hearing on defendant's motion to suppress evidence currently scheduled for September 28, 2012 at 2:30 p.m. may be vacated and continued one week to October 3, 2012 at 3:00 p.m. The reason for the continuance is that counsel for the defendant will be unavailable because he has a preliminary hearing scheduled that day in a murder case in state court that was set on a time not waived basis.

　　　The parties further stipulate that the time until October 3, 2012 may continue to be

///

///

///

///

Stipulation, United States v. McGee

1  excluded under the Speedy Trial Act, 18 U.S.C. § 3161(b), because the motion to suppress
2  evidence is still pending.

   **SO STIPULATED**.

   DATED: September 24, 2012

                                        MELINDA HAAG
                                        United States Attorney


                              By:       /S/Robert David Rees
                                        ROBERT DAVID REES
                                        Assistant United States Attorney


   DATED: September 24, 2012   By:      /S/Erik Babcock
                                        ERIK BABCOCK
                                        Counsel for Defendant


   **IT IS SO ORDERED**.

   DATED:    September 24, 2012

                                        Honorable
                                        UNITED STATES DISTRICT JUDGE
                                        Judge Edward M. Chen

   Stipulation, United States v. McGee                                     Page 2 of 2