| | |
|---|---|
| 1 | RONNIE M. WAGNER, ESQ., State Bar #221461 |
| 2 | SFPD Legal Division Attorney<br>San Francisco Police Department |
| 3 | 850 Bryant Street, Room 575<br>San Francisco, California  94103 |
| 4 | Telephone:     (415) 553-1147<br>Facsimile:      (415) 553-1999 |
| 5 | E-Mail:           Ronnie.wagner@sfgov.org |
| 6 | Attorney for |
| 7 | SAN FRANCISCO POLICE DEPARTMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY MCGEE,<br><br>　　　　Defendant. | Case No. CR12-0052  EMC<br><br>**STIPULATED PROTECTIVE ORDER** |

Disclosure and discovery activity in this action are likely to involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than defending this litigation would be warranted.  Accordingly, the parties hereby stipulate to and petition the court to enter the following Stipulated Protective Order.

IT IS HEREBY ORDERED that all information furnished to the Office of the United States Attorney, and to counsel for defendant herein, Anthony McGee, pursuant to Court order shall be kept confidential and used solely in connection with the preparation and trial of this criminal adjudication,

//

//

//

1

FURTHER:

1) Use of the information produced is limited to you and your agents in this case, and to any experts or investigators employed you, and you shall not divulge it, either in writing or orally, to persons not having a need to, or access to (including the media), the disclosed material for any purpose whatsoever, including for the purposes of preparing this matter for trial.

2) On final disposition of this case, counsel shall promptly, without request or further court order, return all released materials to the San Francisco Police Department Custodian of Records, the Legal Division.

IT IS SO STIPULATED, BY COUNSEL OF RECORD.

DATED: 2/23/13

/s/
ROBERT DAVID REES, AUSA

DATED: 2/23/13

/s/
ERIK BABCOCK, ESQ.
Attorney for Defendant,
ANTHONY MCGEE

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: February 25, 2013

HONORABLE
UNITED STATES

*IT IS SO ORDERED*
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2