UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff,<br><br>    v.<br><br>ANTHONY MCGEE,<br><br>          Defendant. | Case No. 12-cr-00052-EMC-1<br><br>**ORDER DENYING PETITIONER'S MOTION TO AMEND OR ALTER JUDGMENT**<br><br>Docket No. 189 |

Currently pending before is Anthony McGee's motion to amend or alter judgment. The identified judgment is technically the Court's order of March 14, 2016, in which it denied Mr. McGee's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. *See* Docket No. 187 (order).

"Motions for reconsideration after a final order are . . . available in § 2255 cases." *United States v. Martin*, 226 F.3d 1042, 1047 n.7 (9th Cir. 2007) (also indicating that such motions are to be guided by the Federal Rules of Civil Procedure; citing, *inter alia*, Rules Governing § 2255 Proceedings, Rule 12). However, the Court has reviewed Mr. McGee's motion and finds it to be without merit. Accordingly, Mr. McGee's motion for relief is hereby **DENIED**.

**IT IS SO ORDERED**.

Dated: March 30, 2016

_____
EDWARD M. CHEN
United States District Judge