UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY MCGEE,<br><br>　　　　Defendant. | Case No. 12-cr-00052-EMC-1<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 198 |

　　Defendant Anthony McGee has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Docket No. 198. Pursuant to the Federal Rules Governing Section 2255 Proceedings, the Court has conducted a preliminary review of the motion. *See* Fed. R. Governing § 2255 Proceedings 4 (providing that "[t]he judge who receives the motion must promptly examine it"). Based on this review, the Court cannot say that it "plainly appears from the motion . . . that the moving party is not entitled to relief." *Id.* Accordingly, the Court hereby orders the United States to respond to the motion per the schedule below. *See id.* (providing that, "[i]f the motion is not dismissed, the judgment must order the United States attorney to file an answer, motion, or other response within a fixed time, or to take other action the judge may order").

///
///
///
///
///
///

The United States shall file an answer to Mr. McGee's motion within twenty-one (21) days of the date of this order. The answer must conform to Rule 5 of the Federal Rules Governing § 2255 Proceedings. Mr. McGee may submit a reply within twenty-eight (28) days of the date of this order.

**IT IS SO ORDERED**.

Dated: June 30, 2017

_____
EDWARD M. CHEN
United States District Judge