United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTHONY MCGEE,

Defendant.

Case No.  12-cr-00052-EMC-1

**ORDER DENYING DEFENDANT'S REQUESTS FOR JUDICIAL NOTICE**

Docket Nos. 305, 307

Mr. McGee's requests for judicial notice, filed at Docket Nos. 305 and 307, are **DENIED**.

**IT IS SO ORDERED**.

Dated: October 3, 2024

_____
EDWARD M. CHEN
United States District Judge